# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JON HALTER, | Case No. 2:13-CV-01724-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

IT IS ORDERED that the parties shall file a status report on or before February 25, 2015. The failure to file that report may result in dismissal of this lawsuit without further notice from the court.

DATED this 10th day of February, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE