# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JON HALTER,<br><br>            Plaintiff,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY et al,<br><br>            Defendants. | Case No. 2:13-cv-01724-APG-GWF<br><br>**ORDER** |

IT IS ORDERED that the parties shall file a status report on or before August 31, 2015 or within seven days of the conclusion of the state court trial, whichever is earlier.

DATED this 5th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE