**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JON HALTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:13-CV-01724-APG-NJK<br><br>**ORDER** |

　　　In light of the parties' supplemental joint status report (Dkt. #32),

　　　IT IS ORDERED that this action remains STAYED pending conclusion of the state court lawsuit.

　　　IT IS FURTHER ORDERED that the parties shall file a status report on or before November 15, 2015, or within seven days of the conclusion of the state court trial, whichever is earlier.

　　　DATED this 21st day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE