**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jmoser@maclaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JON HALTER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   2:13-cv-01724-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jon Halter, by and through his counsel of record, Terry A. Coffing, Esq. and Jared M. Moser, Esq., of the law firm of MARQUIS AURBACH COFFING, and Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel of record, Robert W. Freeman, Esq., of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP, that this action shall be dismissed.

///
///
///
///
///
///
///
///

IT IS FURTHER STIPULATED that the parties shall bear their own respective attorney fees and costs.

Dated this <u>11th</u> day of July, 2016.

| | |
|---|---|
| MARQUIS AURBACH COFFING | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: <u>/s/ Jared M. Moser</u><br>Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff* | By: <u>/s/ Robert W. Freeman</u><br>Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendant State Farm Mutual Automobile Insurance Company* |

## ORDER

Based upon the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED, each side to bear its own fees and costs. The Clerk of the Court is instructed to close this case.

Dated: July <u>11</u>, 2016.

_____
UNITED STATED DISTRICT JUDGE